# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMMY L. RODRIGUEZ, | CASE NO. 1:13-cv-01716-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security, | **(Doc. 2)** |
| Defendant. | |
| _____/ | |

Plaintiff Gemmy L. Rodriguez filed a complaint on October 24, 2013, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:  **October 29, 2013**         **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE