1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

FRESNO DIVISION

11

| GEMMY L. RODRIGUEZ, | ) | Civil No. 1:13-cv-01716-SKO |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED ORDER** |
| | ) | **FOR A FIRST EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER** |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

12

13

14

15

16

17

18

19        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

20  with the approval of the Court, that Defendant shall have a first extension of time of 30 days to

21  file her motion for summary judgment.  Defendant respectfully requests this additional time

22  because of a very heavy workload despite due diligence and because of preplanned family

23  vacation time in the month of August.

24

25

Stip. to Extend Def.'s MSJ

26

27

28

1

1    The new due date for Defendant's motion for summary judgment will be Friday,

2  September 12, 2014.

3

                                            Respectfully submitted,
4

5  Date: *August 20, 2014*                   LAW OFFICES OF LAWRENCE D. ROHLFING

6                                By:    */s/ Steven Gilbert Rosales\**
                                        STEVEN GILBERT ROSALES
7                                       *\* By email authorization on August 20, 2014*
                                        Attorney for Plaintiff
8

9  Date: *August 20, 2014*                   BENJAMIN B. WAGNER
                                            United States Attorney
10

11                               By:    */s/ Jeffrey Chen*
                                        JEFFREY CHEN
12                                      Special Assistant United States Attorney
                                        Attorneys for Defendant
13

14

15

16

17                               **ORDER**

18    Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

19
    1.     Defendant shall file a responsive pleading on or before September 12, 2014; and
20
    2.     Plaintiff may file an optional reply brief by no later than September 30, 2014.
21

22

23
  IT IS SO ORDERED.
24

25    Dated:   **August 25, 2014**                  **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28

                                   2