UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMMY L. RODRIGUEZ, ) | Civil No. 1:13-cv-01716-SKO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER GRANTING** |
| ) | **SECOND EXTENSION OF TIME FOR** |
| v. ) | **DEFENDANT TO FILE MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment. Defendant respectfully requests this additional time because of a very heavy workload including eight briefs due in the month of September.

//

//

//

//

//

//

1

1  The new due date for Defendant's motion for summary judgment will be Monday,
2  October 13, 2014.

|  |  |
|---|---|
| Date: *September 16, 2014* | LAW OFFICES OF LAWRENCE D. ROHLFING |
|  | By: */s/ Steven Gilbert Rosales\** |
|  | STEVEN GILBERT ROSALES |
|  | *\* By email authorization on Sept. 16, 2014* |
|  | Attorney for Plaintiff |
| Date: *September 16, 2014* | BENJAMIN B. WAGNER |
|  | United States Attorney |
|  | By: */s/ Jeffrey Chen* |
|  | JEFFREY CHEN |
|  | Special Assistant United States Attorney |
|  | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing, Defendant's motion for a second extension to file her motion for summary judgment is GRANTED.  Defendant shall file her motion no later than October 13, 2014.

IT IS SO ORDERED.

  Dated:   **September 16, 2014**               **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

2