# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMMY L. RODRIQUEZ,<br><br>             Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>             Defendant.<br>_____/ | CASE NO. 1:13-cv-01716-SKO<br><br>**ORDER THAT DEFENDANT FILE A RESPONSIVE BRIEF OR SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

Plaintiff Gemmy L. Rodriquez filed this action in October 2013, and filed an opening brief on July 14, 2014. Defendant twice requested extensions of time to file a responsive brief and was granted until October 13, 2014, to file her brief. To date, no responsive brief has been filed by Defendant.

Accordingly, IT IS HEREBY ORDERED that by no later than November 3, 2014, Defendant shall **either** file a responsive brief **or** show cause why sanctions should not be imposed for failure to timely file a responsive brief.

IT IS SO ORDERED.

    Dated:   **October 28, 2014**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

1